ACCEPTED
01-15-00470-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/10/2015 12:16:06 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00470-CV
IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/10/2015 12:16:06 PM

CHRISTOPHER A. PRINE
Clerk

---

DANIEL LEON STEIN,

APPELLANT

V.

JOHN REGER AND SHU W. REGER,

APPELLEES.

---

On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause Number 2014-25605

---

Carlos A. Leon
Piero A. Garcia
The Leon Law Firm, P.C.,
One Sugar Creek Center Blvd.,
Suite 980
Sugar Land, Texas 77478

---

PARTIES' NOTIFICATION TO COURT OF MEDIATOR

1

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to the Court's "Memorandum Order of Referral to Mediation," the parties have agreed that the following person will mediate this case.

**Mediator's name:** Norman Roser

**State Bar of Texas identification number:** 17279250

**Mailing address:** 3203 Mercer, Suite 200, Houston, Texas 77027

**Telephone number:** (713) 877-8585

**Fax number:** (713) 877-8587

**Email address:** rosernorman@aol.com

Agreed and Respectfully Submitted by:

    /s/ Piero Garcia
Carlos A. León --- SBN 00794157
Piero A. Garcia --- SBN 24090112
**THE LEON LAW FIRM, P.C.**
One Sugar Creek Center Blvd.,
Suite 980
Sugar Land, Texas 77478
Tel.: (281) 980-4529
Fax: (281) 980-4530
*Counsel for Appellant*


    /s/ Peter Kelly (with permission)
Peter M. Kelly
Kelly, Durham & Pittard, LLP
1005 Heights Blvd.
Houston, Texas 77008
Tel: (713) 529-0048
Fax: (713) 529-2498
*Counsel for Appellant*

   /s/ Robert Browning (with permission)

Robert Browning

James Silliman

Brown Sims

1177 West Loop South

Tenth Floor

Houston, Texas 77027

Tel: (713) 629-1580

Fax: (713) 629-5027

*Counsel for Appellees*